# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert E. Doverspike<br>Debtor | BK NO. 12-06467 RNO<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of NATIONSTAR MORTGAGE LLC and index same on the master mailing list.

                        Respectfully submitted,

                        **/s/James C. Warmbrodt, Esquire**
                        James C. Warmbrodt, Esquire
                        KML Law Group, P.C.
                        BNY Mellon Independence Center
                        701 Market Street, Suite 5000
                        Philadelphia, PA  19106
                        412-430-3594