# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT E. DOVERSPIKE

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

ROBERT E. DOVERSPIKE

    Respondent(s)

CHAPTER 13

CASE NO: 1-12-06467-RNO

## CERTIFICATION OF DEFAULT

AND NOW on July 27, 2017, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of July 27, 2017, the Debtor(s) is/are $7135.98 in arrears with a plan payment having last been made on Mar 06, 2017.

In accordance with said stipulation, the case may be dismissed upon certification of the Trustee without further notice or hearing.

                                                  Respectfully Submitted,
                                                  /s/ Liz Joyce
                                                  for Charles J. DeHart, III, Trustee
                                                  8125 Adams Drive, Suite A
                                                  Hummelstown, PA 17036
                                                  Phone: (717) 566-6097

Dated: July 27, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT E. DOVERSPIKE

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

ROBERT E. DOVERSPIKE

CHAPTER 13

CASE NO: 1-12-06467-RNO

Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on July 27, 2017.

MICHAEL J CSONKA ESQUIRE
166 SOUTH MAIN STREET
KERRSTOWN SQUARE
CHAMBERSBURG, PA  17201-

ROBERT E. DOVERSPIKE
602 N POTOMAC ST
WAYNESBORO, PA  17268-1162

RESPECTFULLY SUBMITTED,

/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  July 27, 2017