```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 12-06467-RNO
Robert E. Doverspike                                                Chapter 13
    Debtor                        **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: karendavi              Page 1 of 2                  Date Rcvd: Jul 28, 2017
                              Form ID: pdf010              Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 30, 2017.
```
db              #+Robert E. Doverspike,    6845 Shoestring Hill Road,    Waynesboro, PA 17268-8355
4211695         +American Express,    P O Box 981535,    El Paso, TX 79998-1535
4264546          American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
4275656         +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                  El Segundo, CA 90245-3504
4243996          Capital One NA,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
4211697         +Chase Card Services,    P O Box 15298,    Wilmington, DE 19850-5298
4211698         +CitiCards CBNA,    701 E 60th St N,    Sioux Falls, SD 57104-0432
4211699         +Credit Management Co,    17070 Dallas Pkwy,    Dallas, TX 75248-1950
4211700        ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
                  (address filed with court: DirecTV,    P O Box 6550,    Englewood, CO 80155)
4211707         +HSBC Retail Services,    P O Box 17264,    Baltimore, MD 21297-1264
4211708         +HSBC Suzuki Rev,    P O Box 703,    Wood Dale, IL 60191-0703
4211709         +HSBC/BestBuy,    P O Box 5253,    Carol Stream, IL 60197-5253
4211710         +Kevin Taccino, Esquire,    25 Penncraft Ave,    #310,    Chambersburg, PA 17201-5600
4211716          Mortgage Service Center PHH Mtg Cor,    2001 Leadenhall Rd,    Mount Laurel, NJ 08054
4610815        ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                  (address filed with court: Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261-9741)
4211717         +Phelan Hallinan & Schmieg, LLP,    1617 JFK Blvd., Ste 1400,    One Penn Center Plaza,
                  Philadelphia, PA 19103-1823
4211719         +Quincy Sewer Authority,    7575 Mentzer Gap Road,    Waynesboro, PA 17268-8946
4211720         +Target National Bank,    P O Box 673,    Minneapolis, MN 55440-0673
4211721         +Tractor Supply/CBSD,    P O Box 6497,    Sioux Falls, SD 57117-6497
4211722         +USA Funds,    C/O Sallie Mae Post Claim Assistanc,    P O Box 9460,    Wilkes Barre, PA 18773-9460
4211724         +WFFNB/Matress Discounters,    MAC N8235-04M,    P O Box 14517,    Des Moines, IA 50306-3517
4211725         +WFFNB/Eddie Buer,    P O Box 182789,    Columbus, OH 43218-2789
4211723         +Waynesboro Hospital,    501 E Main St,    Waynesboro, PA 17268-2394
4277618          eCAST Settlement Corporation,    POB 29262,    New York NY 10087-9262
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4252756         +E-mail/Text: g20956@att.com Jul 28 2017 18:58:00     AT&T Mobility II LLC,
                  % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A231,
                  Bedminster, NJ 07921-2693
4216049          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 28 2017 19:00:23
                  American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                  Oklahoma City, OK  73126-8941
4211696         +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 28 2017 18:57:48     Asset Acceptance LLC,
                  P O Box 2036,    Warren, MI 48090-2036
4227761         +E-mail/Text: bncmail@w-legal.com Jul 28 2017 18:57:54     CHESWOLD (OPHRYS), LLC,
                  C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4212938         +E-mail/Text: bankruptcy@cavps.com Jul 28 2017 18:57:56     Cavalry Portfolio Services,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
4211702         +E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2017 18:59:57     GECRB/American Eagle,
                  P O Box 965005,    Orlando, FL 32896-5005
4211703         +E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2017 19:00:28     GECRB/Lowe's,    P O Box 103104,
                  Roswell, GA 30076-9104
4211704         +E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2017 19:00:29     GECRB/Old Navy,    P O Box 965005,
                  Orlando, FL 32896-5005
4211705         +E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2017 19:00:29     GECRB/PayPalSmartConn,
                  P O Box 965005,    Orlando, FL 32896-5005
4211706         +E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2017 19:00:29     GECRB/Walmart,    P O Box 965024,
                  Orlando, FL 32896-5024
4220108          E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 28 2017 18:57:56     Jefferson Capital Systems LLC,
                  PO BOX 7999,    SAINT CLOUD MN 56302-9617
4211711         +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 28 2017 18:57:41     Kohls/Chase,
                  P O Box 3115,    Milwaukee, WI 53201-3115
4211712         +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2017 18:59:58     LVNV Funding LLC,
                  P O Box 10584,    Greenville, SC 29603-0584
4276089          E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2017 19:00:12
                  LVNV Funding, LLC its successors and assigns as,    assignee of HSBC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4211713         +E-mail/Text: unger@members1st.org Jul 28 2017 18:58:03     Members First Credit Union,
                  P O Box 40,    Mechanicsburg, PA 17055-0040
4211714         +E-mail/Text: bankruptcydpt@mcmcg.com Jul 28 2017 18:57:48     Midland Credit Mgmt Inc,
                  8875 Aero Dr,    Ste 2,    San Diego, CA 92123-2255
4211715         +E-mail/Text: bankruptcydpt@mcmcg.com Jul 28 2017 18:57:48     Midland Funding LLC,
                  8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
4263645          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2017 19:19:09
                  Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541
4221230          E-mail/PDF: rmscedi@recoverycorp.com Jul 28 2017 19:00:29     Portfolio Investments II LLC,
                  c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
4211718         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2017 19:06:17
                  Portfolio Recovery Assocs,    P O Box 12914,    Norfolk, VA 23541-0914
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4277625           E-mail/PDF: pa_dc_litigation@navient.com Jul 28 2017 18:59:59
                   Sallie Mae, Inc. on behalf of USA Funds,    Attn: Bankruptcy Litigation Unit E3149,
                   PO Box 9430,    Wilkes Barre, PA  18773-9430
4217138          +E-mail/Text: bncmail@w-legal.com Jul 28 2017 18:57:54      TARGET NATIONAL BANK,
                   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                             TOTAL: 22

                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                   (address filed with court: Nationstar Mortgage, LLC.,    PO Box 619096,
                   Dallas, TX  75261-9741)
cr*               eCAST Settlement Corporation,    POB 29262,   New York, NY  10087-9262
4610816*         ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                   (address filed with court: Nationstar Mortgage, LLC,    PO Box 619096,   Dallas, TX 75261-9741)
4211701          ##+Equable Ascent Financial,    1120 W Lake Cook Rd,    Ste 485A,   Buffalo Grove, IL 60089-1970
4285615          ##+PHH Mortgage Corporation,    2001 Bishops Gate Boulevard,    Mount Laurel, NJ 08054-4604
                                                                                      TOTALS: 0, * 3, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
              Joseph P Schalk    on behalf of Creditor    PHH Mortgage Corporation pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor    PHH MORTGAGE CORPORATION pamb@fedphe.com
              Michael John Csonka    on behalf of Debtor Robert E. Doverspike office@csonkalaw.com,
               kwhitsel@csonkalaw.com;r48114@notify.bestcase.com
              Paul William Cressman    on behalf of Creditor    PHH Mortgage Corporation pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**ROBERT E. DOVERSPIKE**

    Debtor(s)

**CHARLES J. DEHART, III**
**CHAPTER 13 TRUSTEE**

    Movant(s)

vs.

**ROBERT D. DOVERSPIKE**

    Respondent(s)

Chapter: 13

Case Number: **1-12-bk-06467-RNO**

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss case for material default and it having been determined that this case should be dismissed, it is

**ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: July 28, 2017

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)